### WALLER, administrator, *v.* HOGAN.

COBB, J. The plaintiff's petition, even if it set forth a valid cause of action, which is by no means clear, was totally unsupported by evidence, and consequently there was no error in directing a verdict for the defendant.

*Judgment affirmed. All the Justices concurring.*

Argued April 16, — Decided May 19, 1897.

Equitable petition. Before Judge Hart. Baldwin superior court. January term, 1896.

*Crawford & Crawford*, for plaintiff.
*D. B. Sanford* and *J. D. Howard*, contra.

---

### MORRIS *v.* MORRIS.

SIMMONS, C. J. 1. Assignments of error in a petition for certiorari, from the verdict of a jury in a justice's court, which are not approved by the answer of the justice of the peace, can not be authenticated by aliunde affidavits; and such assignments, sought to be authenticated in such manner, should be disregarded by the judge of the superior court in passing upon the certiorari.

2. There being evidence to support the verdict, and the judge of the superior court having, upon the hearing of the petition of certiorari, approved the finding of the jury, this court will not interfere.

*Judgment affirmed. All the Justices concurring.*

Submitted April 19, — Decided May 20, 1897.

Certiorari. Before Judge Gober. Milton superior court. February term, 1896.

*J. P. Brooke*, for plaintiff in error.